UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CASE NO. 5:23-CV-5-KKC

SOUTH ELKHORN VILLAGE,
LLC,                                                                                                    PLAINTIFF,

v.                                              **JUDGMENT**

CITY OF GEORGETOWN, *et al.*,                                                          DEFENDANTS.

\* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Defendants' Motions to Dismiss (DEs 15, 17) are GRANTED;

2) SEV's Takings Clause claims are DISMISSED WITHOUT PREJUDICE for a lack of ripeness;

3) SEV's Due Process claims are DISMISSED WITHOUT PREJUDICE for a failure to alleged a protected property interest;

4) SEV's remaining state law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3);

5) judgment is ENTERED in favor of the Defendants on all claims;

6) this judgment is FINAL and APPEALABLE; and

7) this matter is STRICKEN from the Court's active docket.

This 25th day of March, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY